Patrick H. Hicks, Esq.
Nevada Bar No. 004632
McCade Wing, Esq.
Nevada Bar No. 16652
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
phicks@littler.com
mwing@littler.com

Attorneys for Defendant
ENTEK MANUFACTURING, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KRISTA CONLEY, | Case No. 2:25-cv-02362-JCM-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| ENTEK MANUFACTURING, LLC, a Foreign Corporation; DOES I through X, inclusive; ROE CORPORATIONS I though X, inclusive, | |
| Defendant. | |

Plaintiff KRISTA CONLEY ("Plaintiff") and Defendant ENTEK MANUFACTURING, LLC ("Defendant" collectively referred to with Plaintiff as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice. Each party to this stipulation shall bear its own costs and fees for the claims dismissed by this stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

The Parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

DATED this 15ᵗʰ day of June, 2026.

**PAUL PADDA LAW, PLLC**

*/s/ Ravi Chanderra*
PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
RAVI CHANDERRA, ESQ.
Nevada Bar No. 17053
4560 S. Decatur Boulevard, Ste. 300
Las Vegas, Nevada 89103
*Attorneys for Plaintiff Krista Conley*

DATED this 15ᵗʰ day of June, 2026.

**LITTLER MENDELSON, P.C.**

*/s/ McCade J. Wing*
PATRICK H. HICKS, ESQ.
Nevada Bar No. 4632
MCCADE J. WING, ESQ.
Nevada Bar No. 16652
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113
*Attorneys for Defendant Entek Manufacturing, LLLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 15, 2026

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2